RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/7/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PATRICK HALL<br>    LA. DOC #534084<br>VS. | CIVIL ACTION NO. 09-1476<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| MOREHOUSE PARISH DETENTION<br>CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge previously filed herein, to the extent adopted, after review of the entire record, including Petitioner's objections,

**IT IS ORDERED** that Petitioner's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this _6_ day of _November_, 2009.

                                                ROBERT G. JAMES
                                      UNITED STATES DISTRICT JUDGE